# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHOOTER CONSTRUCTION CO., INC.,

        Plaintiff,    :    Case No. 3:11-cv-181

- vs -    :    District Judge Walter Herbert Rice
                                    Magistrate Judge Michael R. Merz

ACCORDIA OF OHIO, LLC    :

        Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #27), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant Wells Fargo Insurance Services of Ohio, LLC dba Baldwin & Whitney Insurance Agency fka Accordia of Ohio, LLC pay Plaintiff's attorney the amount of $4,619.70 awarded in attorney fees.

December 19, 2011.

                                                       Walter Herbert Rice
                                                       United States District Judge